# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3553
Lower Tribunal No. CF07-006469-XX

_____

JEFFREY GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

WHITE, GANNAM and KAMOUTSAS, JJ., concur.


Matthew Farmer, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED